IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13 CR 220 AGF |
| | ) |
| BRADLEY POWELL, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE TRIAL

Comes now Defendant BRADLEY POWELL, through his attorney, Diane L. Dragan, Assistant Federal Public Defender, and requests a continuance of the trial date.  The government has recently done additional forensic analysis and uncovered additional evidence which it has disclosed to the defense.  This discovery requires additional investigation by the defense.  In light of the additional discovery, the parties have also engaged in additional negotiations.  Counsel will be out of town all next week attending a national training seminar.  Counsel requests the trial be continued for at least 30 days.  The government does not oppose this request for a continuance.

Respectfully submitted,

/s/Diane L. Dragan
DIANE L. DRAGAN
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Dragan@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Rob Livergood, Assistant United States Attorney.

    /s/Diane L. Dragan
    DIANE L. DRAGAN
    Assistant Federal Public Defender